AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of Rhode Island

Terri Lynn Dunbar

V.

J.C. Christensen and Associates, Inc.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: [illegible] 06 330S

TO: (Name and address of Defendant)

Jim Christensen, Officer
J.C. CHRISTENSEN & ASSOCIATES, INC.
215 N Benton Drive
Sauk Rapids, MN, 56379

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

John T. Longo, Esq./#4928
681 Smith Street
Providence, RI 02908
Phone (401) 272-2177
Fax (401) 274-5433
jtlongo@yahoo.com

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

CLERK

DATE 7/10/06

(By) DEPUTY CLERK

AO 440 (Rev. 10/93) Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE 7-18-06 |
| NAME OF SERVER *(PRINT)* Crissy M. Muralles | TITLE Disinterested Person |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the third-party defendant. Place where served: ______

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: ______

☐ Returned unexecuted: ______

☒ Other (specify): Mailed via Certified Mail, Return Receipt Requested

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 7-18-06
Date

Crissy M. Muralles
Signature of Server

2243 West Main Rd, Portsmouth, RI 02871
Address of Server

Subscribed + Sworn before me.

[signature]
John T. Longo, Notary Public

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

#2546

**SENDER:** *COMPLETE THIS SECTION*

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

**Jim Christensen, Officer**
J.C. CHRISTENSEN & ASSOCIATES, INC.
215 N Benton Drive
Sauk Rapids, MN 56379

*COMPLETE THIS SECTION ON DELIVERY*

A. Signature
X N. Worek
☐ Agent
☐ Addressee

B. Received by (*Printed Name*) Worek

C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☒ No

JUL 21 2006 MN 56379

3. Service Type
☒ Certified Mail ☐ Express Mail
☐ Registered ☐ Return Receipt for Merchandise
☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? (*Extra Fee*) ☐ Yes

2. Article Number (*Transfer from service label*) 7005 1820 0005 2372 0062

PS Form 3811, February 2004 Domestic Return Receipt 102595-02-M-1540