UNITED STATES DISTRICT COURT FOR THE DISTRICT OF RHODE ISLAND

Terri Lynn Dunbar,
Plaintiff,

vs. CA 06 330 S

J.C. Christensen and Associates, Inc.,
Defendant.

---

**Rule 41(a)(1) Dismissal Stipulation**

**P**ursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, and no defendant having filed an Answer or Motion for Summary Judgment, the Plaintiff hereby dismisses this action as to all parties with prejudice.

Terri Lynn Dunbar,
By her Attorney,

/s/ John T. Longo
______________________________
John T. Longo, Esq./#4928
681 Smith Street
Providence, RI 02908
(401) 272-2177
Fax (401) 274-5433
jtlongo@yahoo.com

**Certification**

I certify that on ____10/9/06__, a) this document was filed with the Court electronically and is available for viewing and downloading using the ECF system, and b) that it was served on the following via First Class Mail and e-mail:

Tricia Olson, Esq.
Morrison Fenske
5125 County Road 101, Suite 202
Minnetonka, MN 55345
tolson@morrisonfenske.com

/s/ John T. Longo
______________________________
John T. Longo, Esq./#4928